No. 263. UNITED STATES ET AL. v. CALIFORNIA EASTERN LINE, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Sobeloff* for the United States and the Secretary of Commerce, petitioners. *Cletus Keating,*

*Harold B. Finn* and *Robert E. Kline, Jr.* for respondent.